1  St

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON R. LOVETT, ) | Case No. CV 11-0614 DMR |
| ) | |
| Plaintiff, ) | ORDER EXTENDING BRIEFING |
| ) | SCHEDULE |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including October 14, 2011, in which to file Plaintiff's Motion for Summary Judgment; Defendant may have an extension of time to November 14, 2011 to consider the contentions raised in Plaintiff's Motion for Summary Judgment, and file any opposition if necessary. Any reply by plaintiff will be due November 28, 2011.

IT IS SO ORDERED.

DATE: September 2, 2011

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE