MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

 333 Market Street, Suite 1500
 San Francisco, California  94105
 Telephone:  (415) 977-8977
 Facsimile:  (415) 744-0134
 E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON R. LOVETT,    )<br>    Plaintiff,   )<br>      )<br>   v.     )<br>      )<br>MICHAEL J. ASTRUE,   )<br>Commissioner of    )<br>Social Security,    )<br>      )<br>    Defendant.  )<br>_____) | CIVIL ACTION NO.: 4:11-CV-00614-DMR<br><br>STIPULATION AND ORDER FOR AN<br>EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment.  The current due date for Defendant's response is November 16, 2011.  The new due date will be December 16, 2011.  Defense counsel needs the additional time to further review the defensibility of this case.

///

///

///

1    Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience

2   caused by this delay.

3

4                                    Respectfully submitted,

5   Dated: November 14, 2011          */s/ Steven G. Rosales*

6                                    (As authorized via e-mail on 11/14/11 at 12:16 p.m.)
                                      Steven G. Rosales
7

8   Dated: November 14, 2011          MELINDA L. HAAG
                                      United States Attorney
9                                    DONNA L. CALVERT
10                                    Acting Regional Chief Counsel, Region IX
                                      Social Security Administration
11
                                 By:  */s/ Lynn M. Harada*
12                                    LYNN M. HARADA
13                                    Special Assistant U.S. Attorney

14                                    Attorneys for Defendant

15

16

17  ORDER

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20  DATED:  11/15/11

21                                    _____
                                      THE HONORABLE DONNA M. RYU
22                                     United States Magistrate Judge

23

24

25

26

27

28