MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California  94105
    Telephone:  (415) 977-8977
    Facsimile:  (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON R. LOVETT,  )<br>                               )<br>       Plaintiff,   )<br>                               )<br>      v.                )<br>                               )<br>MICHAEL J. ASTRUE,   )<br>Commissioner of   )<br>Social Security,   )<br>                               )<br>       Defendant.   ) | CIVIL ACTION NO.: 4:11-CV-00614-DMR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

       On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to update the record and offer Plaintiff the opportunity for a hearing.  The ALJ shall determine whether the Medical-Vocational Guidelines direct a finding of disabled, and if not, whether jobs exist in significant numbers in the national economy that Plaintiff can perform.  If the ALJ relies on transferrable skills at step five

1  of the sequential evaluation process, the ALJ must ensure that there is a significant range of semi-skilled
2  or skilled work that Plaintiff can perform.
3       The parties further request that the Clerk of the Court be directed to enter a final judgment in
4  favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision
5  of the Commissioner.

Respectfully submitted,

Dated: December 15, 2011        */s/ Steven G. Rosales*
                                (As authorized via e-mail on 12/12/11 at 2:17 p.m.)
                                STEVEN G. ROSALES
                                Attorney for Plaintiff

Dated: December 15,  2011       MELINDA L. HAAG
                                United States Attorney
                                DONNA L. CALVERT
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration

                         By:    */s/ Lynn M. Harada*
                                LYNN M. HARADA
                                Special Assistant U.S. Attorney

                                Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  December 19, 2011        _____
                                 THE HONORABLE DONNA M. RYU
                                 United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

Stip. & Prop. Order for Remand.; 4:11-CV-00614-DMR        2