UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON R. LOVETT,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant.<br>_____/ | No. C 11-00614 DMR<br><br>**ORDER RE PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS' FEES** |

The court is in receipt of the Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) submitted by Plaintiff's counsel Steven Rosales, as well as Defendant Commissioner of Social Security's statement of non-opposition thereto. [Docket Nos. 32, 33.]

In Mr. Rosales' motion, he seeks an award of fees in the amount of $3,800, with a credit in the amount of $1,057.28 to Plaintiff Milton R. Lovett for fees already paid, for a net fee of $2,742.72. In this motion, Mr. Rosales' interests are adverse to those of his client, Plaintiff Lovett, because any fees that the court awards Mr. Rosales pursuant to section 406(b) will come from Mr. Lovett's past-due benefits. In other words, if the court grants Mr. Rosales' motion and awards him fees, it will reduce the amount of past-due benefits that Plaintiff Lovett will receive from Defendant by the amount of the court's award. Therefore, the court grants Plaintiff Lovett until **October 12, 2012** to submit any objections to Mr. Rosales' motion for attorneys' fees. If the court does not

1 receive any objections from Plaintiff Lovett by that date, the court will decide Mr. Rosales' motion based on the papers already submitted.

**Upon receipt of this Order, Plaintiff's counsel shall immediately serve Plaintiff Lovett with a copy of the Order and file a proof of service.**

IT IS SO ORDERED.

Dated: September 27, 2012



_____
DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California