UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON R. LOVETT, | No. C 11-00614 DMR |
| Plaintiff, | **ORDER RE PLAINTIFF'S COUNSEL'S MOTION FOR ATTORNEYS' FEES** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

The court is in receipt of the request by Steven Rosales, counsel for Plaintiff Milton R. Lovett, for additional time for Plaintiff Lovett to respond to the court's September 27, 2012 order. [Docket No. 36.] The court hereby grants counsel's request for additional time, and grants Plaintiff Lovett until **October 26, 2012** to submit any objections to his counsel's motion for attorneys' fees. If the court does not receive any objections from Plaintiff Lovett by that date, the court will decide Mr. Rosales' motion based on the papers already submitted.

**Upon receipt of this Order, Plaintiff's counsel shall immediately serve Plaintiff Lovett with a copy of the Order and file a proof of service.**

IT IS SO ORDERED.

Dated: October 12, 2012

_____
DONNA M. RYU
United States Magistrate Judge