1 | Steven G. Rosales
2 | Attorney at Law: 222224
   | Law Offices of Lawrence D. Rohlfing
3 | 12631 East Imperial Highway, Suite C-115
   | Santa Fe Springs, CA 90670
4 | Tel.: (562)868-5886
   | Fax: (562)868-5491
5 | E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Milton R. Lovett

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| MILTON R. LOVETT, | ) Case No.: 4:11-CV-00614-DMR |
|---|---|
| Plaintiff, | ) {~~PROPOSED~~} ORDER AWARDING ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the unopposed motion of counsel:

IT IS ORDERED that Steven G. Rosales as Counsel for Milton Lovett is awarded, pursuant to 42 U.S.C. § 406(b), a gross attorney fee of $3,800.00 and a net fee of $2,742.72 based on the $1,057.28 previously paid to Counsel by the Commissioner under the Equal Access to Justice Act. The Commissioner shall pay out of withheld benefits the amount of $2,742.72 to Steven G. Rosales as attorney fees pursuant to 42 U.S.C. § 406(b).

DATE: Oct. 31, 2012

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

-1-

1 Respectfully submitted,

2 LAW OFFICES OF Lawrence D. Rohlfing

3 /s/ Steven G. Rosales
_____

4 Steven G. Rosales
Attorney for plaintiff MILTON R. LOVETT

5

6

7 _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26