Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Milton R. Lovett

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON R. LOVETT, | ) Case No.: 4:11-CV-00614-DMR |
| Plaintiff, | ) {~~PROPOSED~~} ORDER AWARDING |
| vs. | ) ATTORNEY FEES PURSUANT TO |
| | ) 42 U.S.C. § 406(b) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the unopposed motion of counsel:

IT IS ORDERED that Steven G. Rosales as Counsel for Milton Lovett is awarded, pursuant to 42 U.S.C. § 406(b), a gross attorney fee of $3,800.00 and a net fee of $2,742.72 based on the $1,057.28 previously paid to Counsel by the Commissioner under the Equal Access to Justice Act.  The Commissioner shall pay out of withheld benefits the amount of $2,742.72 to Steven G. Rosales as attorney fees pursuant to 42 U.S.C. § 406(b).

DATE: Oct. 31, 2012

THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

-1-

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ Steven G. Rosales

_____
Steven G. Rosales
Attorney for plaintiff MILTON R. LOVETT

_____